IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCHETTA BROWN, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:22-cv-419-ECM |
| | ) |
| STATE OF ALABAMA, | ) |
| | ) |
|     Respondent. | ) |

**MEMORANDUM OPINION and ORDER**

On July 21, 2022, the Magistrate Judge entered a Recommendation that the Petitioner's habeas petition be denied (doc. 3) to which no objections have been filed.  Upon an independent review of the file, upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, the petition for writ of habeas corpus is DENIED, and this case is DISMISSED without prejudice because the Petitioner failed to plead or demonstrate exhaustion of her state remedies.

Done this 25th day of August, 2022.

                                                /s/ Emily C. Marks
                                       EMILY C. MARKS
                                       CHIEF UNITED STATES DISTRICT JUDGE